IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAMAR RODGERS | : | |
| *INDIVIDUALLY, ON BEHALF OF ALL OTHERS* | : | |
| *SIMILARLY SITUATED AND AS CLASS* | : | |
| *REPRESENTATIVE* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-6151 |
| | : | |
| NATION CARE, INC. | : | |

**O R D E R**

**AND NOW**, this  21st  day of  September , 2021, it is **ORDERED** that this case is **DISMISSED** without prejudice.[1]

BY THE COURT:

 */s/ R. Barclay Surrick* 
**R. BARCLAY SURRICK, J.**

---

[1] The parties have advised the Court that a Settlement Agreement has been reached. If Defendant fails to fully comply with the terms of the Settlement Agreement by March 31, 2022, Plaintiff may seek reinstatement.